

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00220-CV

---

Francisco Hernandez Jr., Appellant

v.

Elizabeth Hope Hernandez, Appellee

---

On Appeal from the 65th District Court
El Paso County, Texas
Trial Court No. 2025DCM4027

---

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 23rd day of December 2025.


MARIA SALAS MENDOZA, Chief Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.